IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HAROLD E. CRITE                                                                    PETITIONER
REG. #05347-025

V.                              2:06CV00023-WRW

LINDA SANDERS, Warden,                                                    RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion to dismiss (docket entry #7) is hereby granted. Judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 29th day of August, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE